# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSPORTATION INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY<br>    *Plaintiffs*<br><br>v.<br><br>HEATHLAND HOSPITALITY GROUP, LLC, and HEATHLAND HOSPITALITY GROUP, LP<br>    *Defendants* | CIVIL ACTION<br><br>NO. 15-4525 |

# O R D E R

**AND NOW**, this 3rd day of December 2015, upon consideration of Defendants' *motion to decline jurisdiction*, [ECF 9], Plaintiffs' opposition thereto, [ECF 10], and the allegations contained in Plaintiffs' complaint, [ECF 1], it is hereby **ORDERED** that the motion is **DENIED**. Defendants shall file an answer to the complaint within fourteen (14) days of this Order.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.