# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSPORTATION INSURANCE COMPANY, *et al.* | CIVIL ACTION |
| | NO. 15-4525 |
| *Plaintiffs* | |
| v. | |
| HEATHLAND HOSPITALITY GROUP, LLC, *et al.* | |
| *Defendants* | |

## O R D E R

AND NOW, this 20th day of November 2017, upon consideration of the *motion for summary judgment*, filed by Defendants Heathland Hospitality Group, LLC, Heathland Hospitality Group, LP, and Judith M. Serratore, individually and as Administratrix of the Estate of Frank J. Serratore, (collectively, "Defendants"), [ECF 157], and the response in opposition thereto of Plaintiffs Transportation Insurance Company and Continental Casualty Company, (collectively, "Plaintiffs"), [ECF 162], it is hereby **ORDERED** that, for the reasons set forth in the Memorandum Opinion of this day, the Motion is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] By separate Order of this day, this Court granted Plaintiffs' cross-motion for summary judgment.